## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Nirvana Wallace,<br><br>              Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc. and Trans Union LLC,<br><br>              Defendants. | Case No. 21-CV-02523 (NEB/TNL)<br><br>**ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD** |

Pursuant to the Stipulation between counsel for defendant Experian Information Solutions, Inc. ("Experian") and plaintiff Nirvana Wallace [Doc. No. 6], the Court now finds that the request to allow Defendant until January 12, 2022 to respond to plaintiff's Complaint, should be GRANTED.  The Court makes the following order:

1.    Defendant Experian Information Solutions, Inc. shall have until January 12, 2022 to answer or otherwise respond to plaintiff's Complaint.

    IT IS SO ORDERED.

Dated:  December 13, 2021              *s/Tony N. Leung*_____
                                                      The Honorable Tony N. Leung
                                                      United States Magistrate Judge