# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| NIRVANA WALLACE, | Case No. 21-CV-2523 (NEB/TNL) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION, LLC, | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on September 29, 2022 (ECF No. 28), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE against Experian Information Solutions Inc. As Defendant Experian Information Solutions Inc. was the last remaining defendant in this case, the case will be closed.

Dated: October 3, 2022                BY THE COURT:

                                      s/Nancy E. Brasel
                                      Nancy E. Brasel
                                      United States District Judge